[No. 31460-6-II.   Division Two.   June 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEWART WILLIAM MURRAY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03430-8, D. Gary Steiner, J., entered February 26, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Morgan, A.C.J., and Bridgewater, J.

[No. 31822-9-II.   Division Two.   June 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HOYT WILLIAM CRACE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03797-6, James R. Orlando, J., entered June 2, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31908-0-II.   Division Two.   June 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK EDWARD JUSTICE, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 04-1-00049-1, Kenneth D. Williams, J., entered June 11, 2004. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater, J.; Hunt, J., dissenting.

[No. 31970-5-II.   Division Two.   June 28, 2005.]

GAIL WILLIAMS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-02515-9, Gary Tabor, J., entered July 12, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.